**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7306**

---

CHRISTOPHER M. HUTCHINSON,

Petitioner - Appellant,

versus

ALTON BASKERVILLE, Warden PCC, Virginia Parole
Board,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-99-1675-AM)

---

Submitted: March 8, 2001          Decided: March 15, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Brent Alan Jackson, JACKSON, PICKUS & ASSOCIATES, P.C., Richmond, Virginia, for Appellant. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher M. Hutchinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Hutchinson v. Baskerville</u>, No. CA-99-1675-AM (E.D. Va. Aug. 10, 2000); <u>see</u> <u>Warren v. Baskerville</u>, 233 F.3d 204, 206-08 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>